IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-00151-01-CR-W-HFS |
| | ) | |
| ANDREW L. MORGAN, | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

Defendant filed a motion for determination of competency. Judge Hays ordered defendant to undergo a psychiatric evaluation. A forensic psychologist issued a report finding defendant competent to stand trial. After a competency hearing, Judge Hays issued a Report and Recommendation concluding that defendant is competent. ECF doc. 36. No objections were filed. After reviewing the psychologist's report, the transcript and the Report and Recommendation, I hereby adopt the Report and Recommendation, finding that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense and that he is competent to stand trial. SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

February  21 , 2012

Kansas City, Missouri